Argued February 18, affirmed February 18, petition for rehearing denied March 23, petition for review denied April 27, 1971

STATE OF OREGON, *Respondent, v.*
THOMAS H. ALEXANDER, *Appellant.*

480 P2d 729

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Rhidian M. M. Morgan, Staff Attorney, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

## MEMORANDUM DECISION.

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.